UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 OCT -2 PM 12:25

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DOMINIQUE CORTEZ LITTLE,

        Defendant.

CASE NO. 09CR4389-MMA

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) as charged in the Indictment/Information:

_____

_____

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/1/2012

Michael M. Anello
U.S. District Judge